Rachel Izen, plaintiff in error, v. Abe Ploinski, Maurice Gordon and Lipton Lavin, defendants in error. Gen. No. 30,360.

Action for personal injuries. Judgment for defendants. Error to the Circuit Court of Cook county; the Hon. John A. Swanson, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed October 13, 1926.

Albert Schaffner, Charles C. Spencer and Arthur A. House, for plaintiff in error. John A. Bloomingston, for defendant in error Maurice Gordon. Joseph H. Hinshaw, for defendant in error Abe Ploinski. Cassels, Potter & Bentley, for defendant in error Lipton Lavin; Ralph F. Potter and Kenneth B. Hawkins, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.